## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DANNY POOLAW, on behalf of )
D.P. (Minor Child), )
                     )
      Plaintiff, )
                     )
vs. )   Case No. CIV-12-1343-F
                     )
CAROLYN W. COLVIN, Acting )
Commissioner of the Social Security )
Administration, )
                     )
      Defendant. )

## ORDER

      Plaintiff Danny Poolaw brings this action on behalf of his minor daughter, D.P., pursuant to 42 U.S.C. §405(g). Plaintiff seeks judicial review of the final decision of the defendant Commissioner denying plaintiff's application based on D.P.'s alleged disability, for supplemental security income benefits under the Social Security Act.

      Magistrate Judge Charles B. Goodwin issued a Report and Recommendation on February 26, 2014, doc. no. 18 (the Report), recommending that the Commissioner's decision be affirmed. The Report advised the parties of their right to file written objections to the Report and Recommendation by March 12, 2014. The Report also advised that failure to make timely objection to the Report waives the parties' right to appellate review of the factual and legal issues contained in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

      With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 14th day of March, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1343p003.wpd